Civil Action No. 13-cv-04696-JS-WDW        RIDER

Vito Marcantonio
Hofstra University
144 Hofstra University
Hempstead, NY 11549

Vito Marcantonio
Hofstra University Dept of Public Safety and Information Center
Hempstead Turnpike and California Avenue
Hempstead, NY 11550

Vito Marcantonio
Hofstra University
1000 Fulton Avenue
Hempstead, NY 11550

Description of Vito Marcantonio: "White Male; six feet tall(+); Wearing Shield # 299 at about 5PM on October 16, 2012; age: appeared to be early 30's, completely bald."